IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUDITH CUTRIGHT<br>*Plaintiff*<br><br>v.<br><br>CAPITAL ONE NA<br>CAPITAL ONE BANK NA<br>*Defendants.* | § § § § § § § § § | Civil Action No. _____ |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT:

Defendants, Capital One, N.A. and Capital One Bank (USA), N.A. (misnamed as Capital One Bank, N.A.) (collectively "Capital One Defendants"), hereby file this Notice of Removal of the above-captioned action to this Court and states as follows:

### I. INTRODUCTION

1. Capital One Defendants received notice on October 2, 2017 of the civil action entitled *Judith Cutright v. Capital One NA, Capital One Bank N.A.*, filed in the 28th District Court of Nueces County, Texas under Cause No. 2017-DCV-3970-A (referred to herein as the "State Court Action").[1] Because the Capital One Defendants were served through the Secretary of State, the thirty-day period for removal began when the Capital One Defendants actually received service, not when service is effected upon by the Secretary of State.[2] Accordingly, this Notice of

---

[1] Plaintiff served Capital One through the Secretary of State. Capital One received actual notice of the lawsuit on October 2, 2017. Copies of all process, pleadings, orders and other papers served upon Capital One in the State Court Action are attached as Exhibit A, as required by 28 U.S.C. § 1446(a) and Southern District of Texas Local Rule 81.

[2] *See Monterey Mushrooms, Inc. v. Hall*, 14 F. Supp. 2d 988, 991 (S.D. Tex. 1998) ("When service is effected on a statutory agent, the removal period begins when the defendant actually receives the process, not when the statutory agent receives process.").

Removal is being timely filed within thirty (30) days of receipt of the Plaintiff's Original Petition and service of process in the State Court Action pursuant to 28 U.S.C. §1446(b).

2.      Plaintiff is a citizen and resident of the State of Texas who purportedly lives in Nueces County, Texas.

3.      Defendant Capital One, N.A. is a national banking association with its main office in McLean, Virginia. Thus, Capital One, N.A. is a citizen of the State of Virginia for jurisdictional purposes.[3]

4.      Defendant Capital One Bank (USA), N.A. (misnamed as Capital One Bank, N.A.) is also a national banking association with its main office in McLean, Virginia. Thus, Capital One Bank (USA), N.A. is a citizen of the State of Virginia for jurisdictional purposes.[4]

5.      On October 19, 2017, Capital One Defendants filed their answer in the State Court Action generally denying the allegations in Plaintiff's Original Petition. On October 31, 2017, Defendants filed a First Amended Answer.

6.      In accordance with 28 U.S.C. § 1446(a) and Southern District of Texas Local Rule 81, a copy of all process, pleadings, orders and other papers in the State Court Action are attached hereto as Exhibit B.

## II.  BASIS FOR REMOVAL

7.      This Notice of Removal is being filed based on the Court's diversity jurisdiction under 28 U.S.C. § 1332.[5]  Pursuant to 28 U.S.C. § 1332(a)(1), a United States District Court shall

---

[3] *See* 28 U.S.C. § 1332(a); *see also Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303 (2006)
[4] *Id.*
[5] *See* 28 U.S.C. § 1332.

have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.[6]

A.      **Citizenship of Parties**

8.      At all relevant times, Plaintiff is and was an individual and resident of Nueces County, Texas.[7]  Plaintiff is, therefore, a citizen of Texas.

9.      At all relevant times, Capital One Defendants are and were citizens of the State of Virginia for diversity purposes.[8]

10.     Accordingly, because Plaintiff and Capital One Defendants are citizens of different states, the requirement regarding citizenship of parties under 28 U.S.C. § 1332 is met.[9]

B.      **Amount in Controversy**

11.     The amount in controversy, exclusive of any interest and costs, exceeds $75,000. Plaintiff's Original Petition seeks economic and compensatory damages in the amount of $35,200.[10]  Additionally, Plaintiff seeks treble damages of such amount for Capital One Defendants' alleged violations of the Texas Deceptive Trade Practices Act, which increases the damages Plaintiff seeks to an amount exceeding the amount in controversy.[11] Accordingly, the amount in controversy exceeds $75,000.

---

[6] *See id.*
[7] *See* Plaintiff's Original Petition, attached hereto as Exhibit A-2 ("Plaintiff Judith Cutright is an individual residing in Corpus Christi, Nueces County, Texas").
[8] Plaintiff alleged that Defendants were foreign corporations. *See* Exhibit A-2, Section I.
[9] *See* 28 U.S.C. § 1332
[10] *See* Exhibit A-2, ¶¶ 14, 72.
[11] *See id.*, ¶ 72(c); *see also Chapman v. Essex Ins. Co.*, No. 1:12-CV-520, 2013 U.S. Dist. LEXIS 196669, at *10 (E.D. Tex. Apr. 4, 2013) (noting that an award of treble damages under the DTPA is considered part of the amount in controversy).

12.     Because the parties are citizens of different states and the amount in controversy exceeds $75,000, this Court has diversity jurisdiction and the State Court Action is properly removed to this Court pursuant to 28 U.S.C. § 1441(b).

## C.     Timeliness of, and Venue for, Removal

13.     Capital One Defendants received actual notice of service of process on October 2, 2017.[12] Thus, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).[13]

14.     There have been no orders issued by the state court judge.  No other proceedings have been had, nor any pleading or motion filed other than Plaintiff's Original Petition and Capital One Defendants' Original Answer.

15.     Venue is proper in this Court under 28 U.S.C. § 1446(a) because this District embraces Nueces County, which is the place where the State Court Action was pending.

## III.     NOTICE TO STATE COURT

16.     Promptly after filing this Notice of Removal, written notice of removal will be given to Plaintiff, and a copy of this Notice of Removal will be filed with the District Clerk of Nueces County, Texas.  A copy of the Notice that will be filed with the District Clerk is attached as Exhibit B.

## IV.  LOCAL RULES

17.     Pursuant to Local Rule 81, the following documents, to the extent they exist, are also being electronically filed with this Notice of Removal as Exhibit A.[14]  Capital One Defendants' Civil Cover Sheet is attached hereto as Exhibit C.[15]

---

[12] *See* Exhibit A-3.
[13] .*See Monterey Mushrooms, Inc.*, 14 F. Supp. 2d at 991.
[14] *See* Exhibit A.
[15] *See* Civil Cover Sheet, attached hereto as Exhibit C.

    a.    all executed process in the case;

    b.    pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings;

    c.    any orders signed by the state judge;

    d.    the docket sheet;

    e.    an index of matters being filed; and

    f.    a list of all counsel of record, including addresses, telephone numbers and parties represented.[16]

## V. CONCLUSION AND PRAYER

Wherefore, Defendants Capital One, N.A. and Capital One Bank (USA), N.A. request that all further proceedings in this state court lawsuit be removed from the state district court to the United States District Court until final resolution, all further proceedings in the state court be discontinued, and for such other and further release to which it may show itself justly entitled.

---

[16] *See* List of Counsel, attached hereto as Exhibit D.

Respectfully submitted,

JACKSON WALKER L.L.P.

By:   */s/ Brian A. Kilpatrick*
      Brian A. Kilpatrick
      State Bar No. 00784392
      S.D. Tex. Bar No. 18602
      2323 Ross Avenue, Suite 600
      Dallas, TX 75201
      (214) 953-6000
      (214) 661-6656 – Fax
      bkilpatrick@jw.com

      Amanda N. Crouch
      State Bar No. 24077401
      Federal ID No. 2119540
      112 East Pecan Street, #2400
      San Antonio, Texas 78205
      (210) 978-7784
      (210) 242-4684 - Fax
      acrouch@jw.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and caused copies of this filing to be delivered to the following:

Gene P. Tausk
The Tausk Law Firm
1221 Studewood
Houston, Texas 77008
(713) 490-3150 Fax
gene@tausklawfirm.com

      */s/ Brian A. Kilpatrick*
      Brian A. Kilpatrick

- 6 -

19279141v.5