IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUDITH CUTRIGHT<br>　*Plaintiff*<br><br>v.<br><br>CAPITAL ONE NA<br>CAPITAL ONE BANK NA<br>　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:17-cv-00342 |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Judith Cutright, and Defendant, Capital One, N.A., improperly named herein as "Capital One NA and Capital One Bank NA," file this Joint Notice of Settlement, and would respectfully show the Court the following:

The parties have reached a settlement with respect to all claims in the above-referenced matter. The parties anticipate finalizing formal settlement documents and submitting a joint motion to dismiss and order of dismissal with prejudice to the Court on or before February 28, 2019.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Brian A. Kilpatrick
    Brian A. Kilpatrick
    State Bar No. 00784392
    S.D. Tex. Bar No. 18602
    2323 Ross Avenue, Suite 600
    Dallas, TX 75201
    (214) 953-6000
    (214) 661-6656 – Fax
    bkilpatrick@jw.com

    Amanda N. Crouch
    State Bar No. 24077401
    Federal ID No. 2119540
    112 East Pecan Street, #2400
    San Antonio, Texas 78205
    (210) 978-7784
    (210) 242-4684 - Fax
    acrouch@jw.com

**ATTORNEYS FOR DEFENDANT**

By: /s/ Gene P. Tausk (with permission by BAK)
    Gene P. Tausk
    State Bar No. 24003035
    Federal ID No. 22203
    The Tausk Law Firm
    1221 Studewood
    Houston, Texas 77008
    (713) 429-5476
    (713) 490-3150 Fax
    gene@tausklawfirm.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and caused copies of this filing to be delivered to the following:

Gene P. Tausk
The Tausk Law Firm
1221 Studewood
Houston, Texas 77008
(713) 490-3150 Fax
gene@tausklawfirm.com

                                          */s/ Brian A. Kilpatrick*
                                          Brian A. Kilpatrick