United States District Court
Southern District of Texas
**ENTERED**
April 23, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUDITH CUTRIGHT<br>*Plaintiff* | § § § | |
| v. | § § | Civil Action No. 2:17-cv-00342 |
| CAPITAL ONE NA<br>CAPITAL ONE BANK NA<br>*Defendants.* | § § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Came on to be considered the Agreed Motion to Dismiss With Prejudice (the "Motion") filed by Plaintiff, Judith Cutright, and Defendant, Capital One, N.A., improperly named herein as "Capital One NA and Capital One Bank NA." In light of the parties' settlement, the Court hereby GRANTS the Motion, and enters this Agreed Order of Dismissal With Prejudice. It is therefore

ORDERED that all claims asserted by Plaintiff against Defendants in this case are dismissed with prejudice. It is further

ORDERED that each party shall bear its own attorney's fees and court costs.

This is a final order that disposes of all claims and all parties.

SIGNED this the _____ day of __4/23/19__, 2019.

*[signature]*
United States District Judge

22873326v.1